AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
PAUL RAE

*Defendant*

Case: 1:21-mj-00330
Assigned To : Harvey, G. Michael
Assign. Date : 3/23/2021
Description: Complaint w/ Arrest Warrant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* PAUL RAE ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1512(c)(2) - Corruptly Obstruct, Influence, or Impede any Official Proceeding
18 U.S.C.1752(a)(1)and(2) - Knowingly Enter and Remain in any Restricted Building or Grounds without Lawful Authority and Engage in Disorderly or Disruptive Conduct in any Restricted Buildings or Grounds

Date: 03/23/2021

Digitally signed by G. Michael Harvey
Date: 2021.03.23 13:39:35 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, United States Magistrate Judge

*Printed name and title*

**Return**

This warrant was received on *(date)* 3/23/2021 , and the person was arrested on *(date)* 3/24/2021
at *(city and state)* Seminole, FL .

Date: 3/24/2021

*Arresting officer's signature*

David A. Rae DUSM

*Printed name and title*