**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | |
| v. | 21-MJ-330 GMH |
| **PAUL RAE,** | |
| Defendant. | |

## NOTICE OF APPEARANCE

COMES NOW the United States of America, by and through Channing D. Phillips, the Acting United States Attorney for the District of Columbia, and hereby enters the appearance of the undersigned as counsel of record for the United States in the above-named case.

Date: May 4, 2021.

        Respectfully submitted,

        CHANNING D. PHILLIPS
        Acting United States Attorney
        D.C. Bar No. 415793

By:  */s/ William Dreher*
      WILLIAM DREHER
      D.C. Bar No. 1033828
      Assistant United States Attorney
      Western District of Washington
      700 Stewart Street, Suite 5220
      Seattle, WA 98101
      Telephone: (206) 553-4579
      Email: William.Dreher@usdoj.gov